**LAW OFFICE OF TODD J. KROUNER, P.C.**
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*
―――
*ADMITTED IN NY & NJ

*The 9/13/18 conference is adjourned to 10/11/18 at 3:30 pm. Best of luck to Mr. Krouner's daughter.*

September 5, 2018

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

9/5/18

**VIA ECF**

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Bryant, Jr. Federal Building
& United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

   Re: <u>In Re: Does v. Kurt Ludwigsen, et al., Consolidated Actions</u>
      7:15-cv-07822 (S.D.N.Y.)

Dear Judge Seibel,

  This firm represents the Plaintiffs in the above-referenced action. I am writing to request an adjournment of the pre-motion conference before the Court, which is currently scheduled for September 13, 2018.

  On September 13, Plaintiffs' attorney, Todd J. Krouner, will be in California to care for his daughter, who will be undergoing chemotherapy.

  Accordingly, with the consent of defendants' counsel, Plaintiffs respectfully request an adjournment of the pre-motion conference to October 9, 2018, or to such a date as is convenient to the Court. This is the parties' first request to adjourn this conference.

                Respectfully submitted,

                /s/Jessica Yanefski

                Jessica Yanefski (JY1687)

cc: Michelle Bochner, Esq.
   Michael Burke, Esq.
   (via ECF)