# LAW OFFICE OF TODD J. KROUNER, P.C.
93 NORTH GREELEY AVENUE
CHAPPAQUA, NEW YORK 10514
(914) 238-5800

TODD J. KROUNER*  CHRISTOPHER W. DENNIS*

*ADMITTED IN NY AND NJ  *ADMITTED IN NY AND AZ

May 27, 2021

**VIA ECF and EMAIL chambersnysdseibel@nysd.uscourts.gov**

Honorable Cathy Seibel
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: K. Doe v. Nyack College, et al., 7:15-cv-07822 (S.D.N.Y.)

Dear Judge Seibel:

I am the attorney for the plaintiff in the above-referenced action. I am writing pursuant to the ECF Rule 6.1, to request your permission to file plaintiff's motion to quash subpoena to Balveen Singh, D.O. ("Dr. Singh") under seal.

By letter dated May 14, 2021, Nyack College's counsel submitted her request for a So Ordered subpoena asking Dr. Singh for a certified copy of Plaintiff's treating records, including, among other things, metadata (the "Subpoena"). Plaintiff is filing her motion to quash the Subpoena. However, because many of the exhibits contain sensitive information that was previously subject to Plaintiff's motion in limine to redact Dr. Singh's records, I request Your Honor's permission to file the motion to quash under seal.

Respectfully submitted,

/s/ Todd J. Krouner

Todd J. Krouner

cc: Carla Varriale-Barker, Esq.
Michael Burke, Esq.
(both via ECF and email)

Application granted.

SO ORDERED.

5/28/21  CATHY SEIBEL, U.S.D.J.