UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
K. Doe,

                       Plaintiff(s),

      -against –

Ludwigsen, et al.,

                       Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:15-CV-07822 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within forty-five days of the date of this order, Plaintiff may apply by letter within the forty-five-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: June 9, 2021

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.